NICKOLAS PHILIPCHUK v. INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL AND ORNAMENTAL IRON WORKERS, AFL-CIO AND LOCAL 483.

October 3, 1974. Certification to Chancery Division, Superior Court is granted.

STATE OF NEW JERSEY v. SARAH WRIGHT.

October 29, 1974. Motion for leave to appeal from Appellate Division, Superior Court is granted.

IRVING C. SMITH v. MARION E. SMITH.

November 12, 1974. Motion for leave to appeal from Appellate Division, Superior Court is granted.

STATE OF NEW JERSEY v. JAMES MULLEN.

December 11, 1974. Certification to Law Division, Superior Court is granted.